***********
Based upon a review of the record, the Full Commission agrees with Commissioner Ballance that plaintiff's affidavit alleges he was injured while employed at the Marion Correctional Institution and as such, the alleged claim falls under the jurisdiction of the Workers' Compensation Act and not the Tort Claims Act. Plaintiff's only remedy is to file a Worker's Compensation Claim. N.C. Gen. Stat. § 97-10.1.
Accordingly, the undersigned affirm the July 14, 2004 Order and plaintiff's claim is HEREBY DISMISSED WITH PREJUDICE.
This the 18th day of May 2005.
 S/______________________ LAURA KRANIFELD MAVRETIC COMMISSIONER
CONCURRING:
 S/_____________ THOMAS J. BOLCH COMMISSIONER
 S/_______________ DIANNE C. SELLERS COMMISSIONER